# In the United States Court of Federal Claims

No. 17-1233C

(Filed: July 29, 2020)

|  |  |
|---|---|
| **HEALTHYCT, INC.,** | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| **THE UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) ) |

## ORDER

On July 10, 2020, the parties filed a stipulation for entry of judgment in the above-captioned matter.  ECF No. 17.  Accordingly, the Clerk shall:

- enter judgment in favor of Plaintiff HealthyCT, Inc. ("HealthyCT"), in the amount of $41,692,765.44 on Count I of the Complaint;

- enter judgment in favor of the United States in the amount of $6,288,077.70.

The parties have agreed that "[t]he judgment in favor of the United States shall be paid through deduction from the amount owed under this judgment to HealthyCT upon submission of the judgments to the Judgment Fund" and that, accordingly, "[t]he net amount payable by the United States to HealthyCT pursuant to this judgment is $35,404,687.74."  ECF No. 17 at ¶ 10.

The Court further orders that, pursuant to the parties' joint request, Counts II-VI of the Complaint are **DISMISSED** *with prejudice*.  Each side shall bear its own costs.

It is so **ORDERED.**

s/Matthew H. Solomson<br>
Matthew H. Solomson<br>
Judge